UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FLOYD WILLIAM MARR,

    Plaintiff,

v.

JUDGES WILLIAM BROWN AND BRIAN TOLLEFSON,

    Defendants.

Case No. C08-5645RJB/JKA

REPORT AND RECOMMENDATION

**NOTED FOR:**

**November 28, 2008**

This petition for writ of mandamus action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. The court has granted plaintiff's motion to proceed *in forma pauperis*.

Plaintiff asks the court to order two Washington State Superior Court Judges to enter a different sentence in a criminal matter. Plaintiff has filed this action as a writ of mandamus.

The District Court has no jurisdiction to issue a mandamus under 28 U.S.C. § 1361 to compel action by a state official. See 28 U.S.C. § 1361 (district court has jurisdiction over mandamus action only to compel officers of the United States to perform their duties).

Thus, the court is without jurisdiction to entertain this action and the case should be **DISMISSED.**

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the |
| 2 | parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. |
| 3 | P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. <u>Thomas v.</u> |
| 4 | <u>Arn</u>, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to |
| 5 | set the matter for consideration on **November 28, 2008**, as noted in the caption. |

DATED this 12 day of November, 2008.

<u>/S/ *J. Kelley Arnold*</u>
J. Kelley Arnold
United States Magistrate Judge