# United States District Court

WESTERN DISTRICT OF WASHINGTON

Floyd William Marr

JUDGMENT IN A CIVIL CASE

v.

Judges William Brown and Brian Tollefson

CASE NUMBER: C08-5645RJB

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Mr. Marr's Motion to reduce his filing fee (Dkt. 8) is **DENIED**;

2. Marr's Motion to Amend the Complaint (Dkt. 7) is **DENIED,**

3. The Report and Recommendation (Dkt. 5) is **ADOPTED** and the case is **DISMISSED.**


December 17, 2008                                      BRUCE RIFKIN
                                                       Clerk

                                                   Jennie L. Patton
                                                    Deputy Clerk